E-FILED 01-14-09
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Alvarez,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSBC Bank USA, et al.,<br><br>　　　　Defendants. | CASE NO. CV 08-6417-GHK (PJWx)<br><br>**JUDGMENT** |

　　Pursuant to our order dismissing Defendant HSBC Bank USA, N.A. on November 3, 2008, and our order dismissing Defendant Aztec Foreclosure Corp Trustee Service on January 13, 2009, **IT IS HEREBY ADJUDGED** that Defendants shall have judgment against Plaintiff on all claims. Plaintiff shall take nothing by his Complaint.

　　**IT IS SO ORDERED.**

DATED: January 13, 2009

_____
GEORGE H. KING
United States District Judge